IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**RATEEK ALLAH,** :
:
    **Plaintiff** :
:    CIVIL ACTION NO. 3:18-CV-1547
    **v.** :
:    (Judge Caputo)
**MS. MARTINEZ,** :
:
    **Defendant** :

**O R D E R**

**AND NOW**, this **29th** day of **MARCH 2019**, for the reasons set forth in the Court's memorandum of the same date, it is hereby **ORDERED** that:

1. Plaintiff's motion for leave to file a preliminary injunction (ECF No. 8) is **DISMISSED** as moot. Plaintiff does not need leave of Court to file a motion.

2. Plaintiff's motion for preliminary injunction (ECF No. 9) is **DENIED**.

3. Plaintiff's Motion to Rule on his Preliminary Injunction (ECF No. 19) is **DENIED** as moot.

                                                /s/ A. Richard Caputo
                                              **A. RICHARD CAPUTO**
                                              **United States District Judge**