# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RATEEK ALLAH,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **CIVIL ACTION NO. 3:18-CV-1547** |
| v. | : | |
| | : | (Judge Caputo) |
| **MS. MARTINEZ,** | : | |
| | : | |
| **Defendant** | : | |

# O R D E R

**AND NOW**, this **27th** day of **AUGUST 2019**, in accordance with the accompanying Memorandum issued this date, it is **ORDERED** that:

1. Mr. Allah's Amended Complaint (ECF No. 29) is dismissed as it fails to comport with Fed. R. Civ. P. 20.

2. Within twenty-one (21) days from the date of this Order, Mr. Allah may file a second amended complaint.

3. The second amended complaint shall contain the same case number presently assigned to this action, and shall be direct, concise, and shall standalone without any reference to any document filed in this matter. *See* Fed. R. Civ. P. 8(d).

4. Plaintiff may not include new claims against new defendants that are unrelated to his June 2018 receipt of a retaliatory incident report by Ms. Martinez. However, Plaintiff is permitted to assert additional claims against Ms. Martinez. *See* Fed. R. Civ. P. 20. Any new or unrelated claims should be filed in a separate action.

5. Mr. Allah may not include claims arising after July 26, 2018. *See Ross v. Blake*, _____ U.S. _____, _____, 136 S.Ct. 1850, 1856–57, 195 L.Ed.2d 117 (2016).

6. Should Plaintiff fail to file a timely amended complaint, this matter shall proceed on Mr. Allah's original Complaint. (ECF No. 1.)

7. The Clerk of Court shall forward to Plaintiff two (2) copies of this Court's prisoner civil-rights complaint form which Mr. Allah shall use in preparing his amended complaint.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**
